# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duffin, William E. | Eastern District of Wisconsin | 05/05/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
517 E. Wisconsin Ave.
Room 296
Milwaukee, WI 53202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Darrell A. Francis, SC--wages |
| 2. | 2016 | Copoulos Dental SC--wages |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Iowa College of Law | March 3-4, 2016 | Iowa City, Iowa | Participation as a judge in moot court competition | Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Capital One Master Card | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffin, William E. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BMO Harris Bank accounts | A | Int./Div. | K | T | | | | | |
| 2. Edvest 529 plan | | | | | | | | | |
| 3. --Age-Based Option 18 & Over | | | | | Redeemed | 01/05/16 | K | | |
| 4. --Age-Based Option 18 & Over | C | Int./Div. | L | T | | | | | |
| 5. Northwestern Mutual Adjustable Comp Life | | None | L | T | | | | | |
| 6. IRA #1 | | | | | | | | | |
| 7. --Allianzgi NFJ Dividend Value Fund Class A | A | Int./Div. | | | Sold | 03/23/16 | L | A | |
| 8. --American Century Diversified Bond Investor Class | A | Int./Div. | | | Sold | 03/23/16 | K | A | |
| 9. --Brown Capital Management Small Company Fund Institutional Class | | None | | | Sold | 03/23/16 | K | A | |
| 10. --Columbia Acorn International FundClass R4 | A | Int./Div. | | | Sold | 03/23/16 | K | A | |
| 11. --Delaware Emerging Markets Fund (Institutional Class) | A | Int./Div. | | | Sold | 03/23/16 | L | A | |
| 12. --Fidelity Advisor Mid Cap II Fund Class I | B | Int./Div. | | | Sold | 03/23/16 | K | A | |
| 13. --Fidelity Advisor New Insights Fund Class I | A | Int./Div. | | | Sold | 03/23/16 | M | A | |
| 14. --Hartford World Bond Fund Class I | A | Int./Div. | | | Sold | 03/23/16 | K | A | |
| 15. --The Oakmark International Fund Class I | A | Int./Div. | | | Sold | 03/23/16 | K | A | |
| 16. --The Oakmark International Small-Cap Fund | | None | | | Sold | 03/23/16 | K | A | |
| 17. --John Hancock Disciplined Value Mid Cap Fund Class I | A | Int./Div. | | | Sold | 03/23/16 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffin, William E. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. --MFS Value Fund Class I | A | Int./Div. | | | Sold | 03/23/16 | M | A | |
| 20. --Northern Small Cap Value Fund | A | Int./Div. | | | Sold | 03/23/16 | K | A | |
| 21. --PIMCO Income Fund Class P | A | Int./Div. | | | Sold | 03/23/16 | M | A | |
| 22. --PIMCO Commodities Plus Strategy Fund Class P | A | Int./Div. | | | Sold | 03/23/16 | L | A | |
| 23. | | | | | | | | | |
| 24. --T Rowe Price Real Estate | A | Int./Div. | | | Sold | 03/23/16 | K | D | |
| 25. | | | | | | | | | |
| 26. --Templeton Global Bond Fund Advisor Class | A | Int./Div. | | | Sold | 03/23/16 | K | A | |
| 27. --Dodge & Cox Income Fund | A | Int./Div. | | | Sold | 03/23/16 | L | A | |
| 28. | | | | | | | | | |
| 29. --Europacific Growth Fund Class F-2 | A | Int./Div. | | | Sold | 03/23/16 | K | A | |
| 30. --International Growth and Income Fund Class F-2 | A | Int./Div. | | | Sold | 03/23/16 | K | A | |
| 31. --Metropolitan West Total Return Bond Fund Class I | A | Int./Div. | | | Sold | 03/23/16 | K | A | |
| 32. American Funds | | | | | | | | | |
| 33. --AMCAP Fund-A | A | Int./Div. | J | T | | | | | |
| 34. --The Income Fund of America-A | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffin, William E. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --The Bond Fund of America-A | A | Int./Div. | J | T | | | | | |
| 36. --Fundamental Investors-A | A | Int./Div. | J | T | | | | | |
| 37. --American Balanced Fund-A (X) | A | Int./Div. | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. IRA #2 | | | | | | | | | |
| 40. --AMCAP Fund Cl A | D | Int./Div. | M | T | Buy | 04/07/16 | M | | |
| 41. --American Balanced Fund Cl A | D | Int./Div. | M | T | Buy | 04/07/16 | M | | |
| 42. --Bond Fund of America Cl A | B | Int./Div. | M | T | Buy | 04/07/16 | M | | |
| 43. --Capital Income Builder Cl A | B | Int./Div. | L | T | Buy | 04/07/16 | L | | |
| 44. --Capital World Bond Fund Cl A | B | Int./Div. | L | T | Buy | 04/07/16 | L | | |
| 45. --Europacific Growth Fund Cl A | | | | | Buy | 04/07/16 | L | | |
| 46. --Europacific Growth Fund Cl A | | | | | Sold | 07/08/16 | L | | |
| 47. --Fundamental Investors Fund A | B | Int./Div. | L | T | Buy | 04/07/16 | L | | |
| 48. --Growth Fund of America Cl A | D | Int./Div. | M | T | Buy | 04/07/16 | M | | |
| 49. --Income Fund of America Cl A | C | Int./Div. | M | T | Buy | 04/07/16 | M | | |
| 50. --Income Fund of America Cl A | | | M | T | Buy (add'l) | 07/08/16 | K | | |
| 51. --New World Fund Cl A | A | Int./Div. | L | T | Buy | 04/07/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffin, William E. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --SMALLCAP World Fund Cl A | A | Int./Div. | M | T | Buy | 04/07/16 | M | | |
| 53. --American Funds Developing World Growth & Income Fund Cl A | A | Int./Div. | K | T | Buy | 07/08/16 | K | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffin, William E. | 05/05/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With regard to Part VII of the report, there are two clarifications. First, at the end of March 2016 I closed out my IRA with Broker #1 and transferred the money that had been in that IRA into an account at Broker #2. Thus, you see the sale of the various mutual funds that had been held in the IRA with Broker #1 in late March and the purchase of shares in various funds in early April through Broker #2.

Second, regarding the Edvest 529 plans, we had two plans, one for each          .          graduated from college in 2016 and we redeemed the remainder of     Edvest fund in January 2016.          turned 18 in 2016, and so    fund is now also identified as an Age Based Option 18 and Older fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William E. Duffin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544